UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

No. 5:09-CR-147-1BO/5:16-CV-551-BO
No. 5:09-CR-147-2BO/5:16-CV-552-BO
No. 5:09-CR-147-3BO/5:16-CV-553-BO
No. 5:09-CR-147-4BO/5:16-CV-554-BO

| | |
|---|---|
| JOSE CARLOS DIAZ-HERNANDEZ, ) | |
| MIGUEL ANGELES, ) | |
| DAVID CASTILLO, ) | |
| JOANI HERNANDEZ, ) | |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| Respondent. ) | |

For good cause having been shown upon the Motion of the respondent, it is hereby ORDERED that respondent be allowed to file a response out of time and that respondent's Motion to Stay is deemed timely filed.

SO ORDERED this _12_ day of September, 2016.

TERRENCE W. BOYLE
United States District Judge